FORM B6F (12/03) West Group, Rochester, NY

In re _Williams, Veronica_____ / Debtor      Case No. _LA-05_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   7269 <br> Creditor # : 1 <br> Fleet Credit Card Services <br> P.O. Box 15368 <br> Wilmington DE 19886 | | Credit Card Purchases <br> Not used in 4 years | | | | $ 3,727.11 |
| Account No:   3834 <br> Creditor # : 2 <br> Gregory Williams <br> 15615 Haskins Avenue <br> Compton CA 90220 | | 12/08/04 <br> Judgment <br> Awarded to Creditor-due to Debtor's <br> sale of residence | | | | $ 17,750.00 |
| Account No:   9899 <br> Creditor # : 3 <br> Sears Card <br> P.O. Box 6563 <br> New Lakes Nevada 88901 | | Credit Card Purchases <br> Not used since 2003 | | | | $ 616.27 |
| Account No: | | | | | | |

No continuation sheets attached

| | |
|---|---|
| Subtotal $ <br> (Total of this page) | 22,093.38 |
| Total $ <br> (Report total also on Summary of Schedules) | 22,093.38 |