FORM B6 (6/90) West Group, Rochester, NY

In re **Williams, Veronica** / Debtor       Case No. **LA-05**
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **13** sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: **2-23-05**       Signature **Veronica Williams**
Williams, Veronica